IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00885-BNB

VINCENT E. LOGGINS,
    Plaintiff,

v.

DIANA ROSS,
BERRY GORDIE,
SMOKY ROBINSON,
MICHAEL JACKSON "ESTATE,"
JOSEPH JACKSON "ESTATE,"
GROVER WILLIAMS,
CIESAL EBERHART,
QUINCY JONES,
ICE TEA,
LAW & ORDER, and
BOTH CHARACTER WITNESSES,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 9 2010

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

In an order filed on May 4, 2010, Magistrate Judge Boyd N. Boland granted Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Plaintiff either to pay an initial partial filing fee or to show cause why he has no assets and no means by which to pay the initial partial filing fee. Plaintiff was warned that the complaint and the action would be dismissed without further notice if he failed either to pay the initial partial filing fee or to show cause within thirty days.

Plaintiff has failed within the time allowed either to pay the initial partial filing fee or to show cause why he is unable to pay the initial partial filing fee. Although Plaintiff

has filed a number of documents in this action after Magistrate Judge Boland entered his order granting Plaintiff leave to proceed *in forma pauperis* on May 4, only one of those filings is related in any way to Magistrate Judge Boland's May 4 order. In that document, which was filed on May 13, 2010, and appears as Docket No. 17, Plaintiff apparently asks the Court to review this action on the merits because the filing fee has been paid in full. However, the Court has not received any filing fee payments in this action. Therefore, the complaint and the action will be dismissed because Plaintiff failed either to pay the initial partial filing fee or to show cause why he is unable to pay the initial partial filing fee. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice because Plaintiff failed within the time allowed either to pay the initial partial filing fee or to show cause why he has no assets and no means by which to pay the initial partial filing fee. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  8th   day of   June  , 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00885-BNB

Vincent E. Loggins
Prisoner No. 81868
CMHIP
1600 West 24th Street
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/9/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk