**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00885-LTB

VINCENT E. LOGGINS,

    Plaintiff,

v.

DIANA ROSS,
BERRY GORDIE,
SMOKY ROBINSON,
MICHAEL JACKSON "ESTATE,"
JOSEPH JACKSON "ESTATE,"
GROVER WILLIAMS,
CIESAL EBERHART,
QUINCY JONES,
ICE TEA,
LAW & ORDER, and
BOTH CHARACTER WITNESSES,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The letter to the Court (ECF No. 22) and the Motion to Move the Court to Review Carriers (ECF No. 23), both of which were filed in this action on October 16, 2013, will not be considered, and the Motion to Move the Court to Review Carriers (ECF No. 23) is DENIED, because the instant action is closed.  The Court notes that the documents filed in this action on October 16, 2013, may be related to an application for a writ of habeas corpus Mr. Loggins recently filed.  See Loggins v. Jackson, No. 13-cv-02816-BNB (D. Colo. filed October 15, 2013).  Any documents Mr. Loggins may wish to file pertinent to the habeas corpus application must be filed in the new civil action.

Dated:  October 21, 2013